United States District Court
Southern District of Texas
FILED

AUG 1 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISMAEL RODRIGUEZ, <br> NORMA E. RODRIGUEZ <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> §    CIVIL NO. B-03-105 <br> § <br> § <br> § |

### UNITED STATES' ORIGINAL ANSWER

The United States files the following answer to the numbered sections of Plaintiff's Original Complaint:

I.  Admits paragraphs 1 through 3 of section I, but denies paragraph 4.

II. Presently without sufficient knowledge or information to form a belief as to the Court's jurisdiction over the Plaintiffs' Complaint. Denies the rest of section II.

III. Presently without sufficient knowledge or information to form a belief as to the truth of the allegations in section III.

IV. Admits that an appeal was pending before IRS Appeals when Plaintiffs filed their Original Complaint. Presently without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in section IV.

V. Admits that the IRS examined Ismael Rodriguez's 1999 Form 1040 individual income tax return and denied his claimed earned income credit. Presently without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in section V.

VI.   Admits that Plaintiffs' filed a Form 1040X amended tax return on March 23, 2002. Admits that the IRS denied the changes in this amended tax return. Presently without sufficient knowledge or information to form a belief as to the truth of the remaining allegations in section VI.

VII.  Presently without sufficient knowledge or information to form a belief as to the truth of the allegations in section VII.

VIII. Presently without sufficient knowledge or information to form a belief as to the truth of the allegations in section VIII.

IX.   Denies paragraph IX.

Therefore, the United States respectfully requests that the Court dismiss the Complaint with prejudice, deny the relief requested, and grant the United States all other relief to which it is justly entitled.

MICHAEL T. SHELBY
United States Attorney

By: *[signature]*

CHRISTOPHER R. EGAN
Attorney, Tax Division
State Bar No. 24036516
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9732
(214) 880-9741 (FAX)

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing ORIGINAL ANSWER has been made on 8th day of August, 2003, by mailing a copy thereof to:

Robert A. Whittington
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

_____
CHRISTOPHER R. EGAN