IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ISMAEL RODRIGUEZ and NORMA E. RODRIGUEZ, Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. B-03-105 |
| UNTIED STATES OF AMERICA, Defendant. | § § § | |

**CERTIFIED DISCLOSURE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

ROBERT A. WHITTINGTON'S counsel and attorney at law certifies that the only entities known to him with a financial interest in the outcome of this litigation are:

1. Ismael Rodriguez, 34648 FM 1577, San Benito, Texas 78586-6905

2. Norma E. Rodriguez, 34648 FM 1577, San Benito, Texas 78586-6905

3. United States of America

SIGNED on the 23rd day of October, 2003.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-376 - Fax

By: _____
Robert A. Whittington
State Bar No. 20404700
Federal Bar No. 6990

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **Certified Disclosure of Financially Interested Parties** has been served upon counsel listed below ☑ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☐ by hand delivery, on this 23rd day of October, 2003:

Christopher R. Egan
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

_____
Robert A. Whittington