AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] Sanchez, Whittington, Janis Zabarte | 06-10-03 | United States District Court Southern District of Texas FILED OCT 24 2003 Michael N. Milby Clerk of Court |
| NAME OF SERVER (PRINT) Robert Whittington | TITLE Attorneys at Law | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail #7100-0000-0011-1111-2284 delivered and accepted 06-10-03, and through certified mail #7100-0000-0011-1111-2277 to Civil Process Clerk delivered and accepted 06-10-03.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/03
            Date                Signature of Server

Address of Server: 100 N. Expressway 83
Brownsville TX 78521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                    District of                    TEXAS

ISMAEL RODRIGUEZ and NORMA E. RODRIGUEZ, Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **B-03-105**

UNITED STATES OF AMERICA

TO: (Name and address of Defendant)

UNITED STATES OF AMERICA
Michael Shelby
United States Attorney
910 Travis, Suite 1500
Houston, Texas 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT A. WHITTINGTON
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521`

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                    6-4-03
CLERK                                               DATE

(By) DEPUTY CLERK

**RECEIPT**
7100 0000 0011 1111 2284

FROM:
Robert A. Whittington, Attorney
RE    W-02-19852
        Ismael Rodriguez v IRS

SEND TO:
Michael Shelby
United States Attorney
910 Travis, Suite 1500
P.O Box 61129
Houston TX 77208

FEES:
Postage              0 37
Certified Fee        2 30
Special
Restricted
  eceipt             1 75
    L                $ 4.42

POSTMARK OR DATE

---

**SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.**
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

TO:
Michael Shelby
United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208

---

**CERTIFIED MAIL**

7100 0000 0011 1111 2284

PS Form 3800, 1/01

---

**FIRST CLASS MAIL**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _AMICU/ omy_  ☐ Addressee  ☐ Agent

B. Received By (Please Print Clearly)

C. Date of Delivery  5-10-3

D. Addressee's Address (If Different From Address Used by Sender)
62119

City    State    Zip + 4 Code
Delivery Address
Secondary Address / Suite / Apt / Floor (Please Print Clearly)

1. Article Addressed To:
MICHAEL SHELBY
UNITED STATES ATTORNEY
910 TRAVIS, SUITE 1500
P.O. BOX 61129
HOUSTON TX 77208-

2. Article Number
7100 0000 0011 1111 2284

3. Service Type  CERTIFIED
4. Restricted Delivery?  (Extra Fee)  ☐ Yes

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TX 78521-2284

RUDERI A. WHITTINGTON, ATTORNEY




**RECEIPT**
7100 0000 0011 1111 2277

FROM:
Robert A Whittington, Attorney
RE  W-02-19852
    Ismael Rodriguez v IRS

SEND TO:
Civil Process Clerk
United States Attorney's Office
P O Box 61129
Houston TX 77208

FEES:
| Postage | 0 37 |
| Certified Fee | 2 30 |
| Special Restricted Receipt | 1.75 |
| TOTAL | $ 4.42 |

POSTMARK OR DATE

---

ROBERT A. WHITTINGTON, ATTORNEY
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TX 78521-2284

| 4. Restricted Delivery? | 3. Service Type |
| (Extra Fee) ☐ Yes | **CERTIFIED** |

2. Article Number

7100 0000 0011 1111 2277

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature (☐ Addressee or ☒ Agent)
X  NANICY DOMS
    (Please Print Clearly)

C. Date of Delivery
   61129   6-10-3

7100 0000 0011 1111 2277

1. Article Addressed To:

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
P.O. BOX 61129
HOUSTON TX 77208

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City        State        ZIP + 4 Code