B-03-CV-105

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | United States District Court Southern District of Texas FILED |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06-18-03 | |
| NAME OF SERVER (PRINT) Robert A. Whittington Sanchez, Whittington, Janis + Zabarte | TITLE Attorneys at Law | OCT 24 2003 Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Certified Mail # 7100-0000-0011-1111-2253 delivered and accepted 06-18-03

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/03
                  Date

Signature of Server

Address of Server: 100 N. Expressway 83
Brownsville TX 98521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

ISMAEL RODRIGUEZ and NORMA E. RODRIGUEZ, Plaintiffs

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-03-105**

UNITED STATES OF AMERICA

TO: (Name and address of Defendant)

INTERNAL REVENUE SERVICE
Commissioner of Internal Revenue c/o Assistant Chief Counsel (Disclosure & Privacy Law)
CC:PA:DTL, Room 3704
1111 Constitution Avenue, N.E.
Washington, D.C. 20224

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT A. WHITTINGTON
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                    6-4-03
CLERK                                               DATE

_(signature)_
(By) DEPUTY CLERK

U.S. POSTAGE $ 6.97

BROWNSVILLE TX JUN -5 '03

CERTIFIED MAIL

7100 0000 0011 1111 2253

PS Form 3800, 1/01

FIRST CLASS MAIL

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

TO: INTERNAL REVENUE SERVICE
COMMISSIONER OF INTERNAL REVENUE
C/O ASST. CHIEF COUNSEL (Disclosure & Priv.LAW
CC:PA:DTL, Room 2704
1111 Constitution Avenue, N.E.
Washington, DC 20224

RECEIPT
7100 0000 0011 1111 2253

FROM:
Robert A. Whittington, Attorney
RE W-02-19852
Ismael Rodriguez v IRS

SEND TO:
Internal Revenue Service, Commis
c/o Asst Chief Counsel (Disclosure
CC PA DTL, Room 3704
1111 Constitution Avenue, N E
Washington DC 20224

FEES:

| | |
|---|---|
| Postage | 0 37 |
| Certified Fee | 2 30 |
| Special Restricted Receipt | 1 75 |
| TOTAL | $ 4.42 |

POSTMARK OR DATE

1. Article Addressed To:
INTERNAL REVENUE SERVICE, COMMISSIONER
C/O ASST. CHIEF COUNSEL (DISCLOSURE & Pr
CC:PA:DTL, ROOM 3704
1111 CONSTITUTION AVENUE, N.E.
WASHINGTON DC 20224

7100 0000 0011 1111 2253

2. Article Number
7100 0000 0011 1111 2253

3. Service Type
CERTIFIED

4. Restricted Delivery? (Extra Fee) ☐ Yes

ROBERT A. WHITTINGTON, ATTORNEY
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 NORTH EXPRESSWAY 83
BROWNSVILLE TX 78521-2284

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent ☐ Addressee

B. Received by (Please Print Clearly) JUN 18 2003

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City State ZIP + 4 Code