AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED
OCT 24 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06-09-03 |
| NAME OF SERVER (PRINT) Robert Q. Whittington, Sanchez, Whittington, Janis & Zabarte | TITLE Attorneys at Law |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Certified Mail # 7100-0000-0011-1111-2260 delivered and accepted 06-09-03

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/23/03
Date

Signature of Server

Address of Server: 100 N. Expressway 83, Brownsville TX 78521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN             District of             TEXAS

ISMAEL RODRIGUEZ and NORMA E.
RODRIGUEZ, Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **B-03-105**

UNITED STATES OF AMERICA

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY GENERAL
U.S. Department of Justice
10th & Constitutional Avenue, N.E.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT A. WHITTINGTON
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521`

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                    6-4-03
CLERK                                              DATE

(By) DEPUTY CLERK

**RECEIPT**
7100 0000 0011 1111 2260

FROM:
Robert A Whittington, Attorney
RE   W-02-19852
   Ismael Rodriguez v. IRS

SEND TO:
United States Attorney General
U S Department of Justice
10th & Constitutional Avenue, N E
Washington DC 20530

FEES:
| | |
|---|---|
| Postage | 0.37 |
| Certified Fee | 2 30 |
| Special | |
| Restricted | |
| Receipt | 1 75 |
| TOTAL | $ 4.42 |

POSTMARK OR DATE

---

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

United States Attorney General
U.S. Dpartment of Justice
10th & Constitutional Avenue, N.E.
Washington, DC   20530

FIRST CLASS

7100 0000 0011 1111 2260
PS Form 3800, 1/01

CERTIFIED MAIL

ROBERT A. WHITTINGTON, ATTORNEY
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TX 78521-2284

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature (☐ Addressee) X [signature]

B. Received By (Please Print Clearly)   JUN 9 2003

C. Date of Delivery

D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt / Floor (Please Print Clearly)
Delivery Address
City   State   ZIP + 4 Code

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type   CERTIFIED
2. Article Number   7100 0000 0011 1111 2260

7100 0000 0011 1111 2260

1. Article Addressed To:

UNITED STATES ATTORRNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
10TH & CONSTITUTIONAL AVENUE, N.E.
WASHINGTON DC 20530