IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISMAEL RODRIGUEZ, <br> NORMA E. RODRIGUEZ <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § | CIVIL NO. B-03-105 |

United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

## STIPULATION OF DISMISSAL

The Parties in this case stipulate to the following:

1. The Plaintiffs' Complaint shall be dismissed without prejudice.

2. Each party shall bear its own costs of litigation, including attorney's fees.

MICHAEL T. SHELBY
United States Attorney

By: _____
CHRISTOPHER R. EGAN
Attorney-in-Charge
State Bar No. 24036516
Fed Bar No. 33104
Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9732
(214) 880-9741 (FAX)

ATTORNEYS FOR THE UNITED STATES

SANCHEZ, WHITTINGTON, JANIS &
ZABARTE, LLP

By: _____
ROBERT A. WHITTINGTON
Federal I.D. No. 6990
100 North Expressway 83
Brownsville, Texas 78521
Telephone: 956-546-3731
Facsimile: 956-546-3766

ATTORNEY FOR PLAINTIFFS,
ISMAEL RODRIQUEZ &
NORMA E. RODRIQUEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISMAEL RODRIGUEZ, <br> NORMA E. RODRIGUEZ <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § CIVIL NO. B-03-105 <br> § <br> § <br> § |

### STIPULATION OF DISMISSAL

The Parties in this case stipulate to the following:

1. The Plaintiffs' Complaint shall be dismissed without prejudice.

2. Each party shall bear its own costs of litigation, including attorney's fees

MICHAEL T. SHELBY
United States Attorney

By: _____

CHRISTOPHER R. EGAN
Attorney-in-Charge
State Bar No. 24036516
Fed Bar No. 33104
Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9732
(214) 880-9741 (FAX)

ATTORNEYS FOR THE UNITED STATES

SANCHEZ, WHITTINGTON, JANIS &
ZABARTE, LLP

By: _____

ROBERT A. WHITTINGTON
Federal I.D. No. 6990
100 North Expressway 83
Brownsville, Texas 78521
Telephone: 956-546-3731
Facsimile: 956-546-3766

ATTORNEY FOR PLAINTIFFS,
ISMAEL RODRIQUEZ &
NORMA E. RODRIQUEZ