IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ISMAEL RODRIGUEZ § | |
| NORMA E. RODRIGUEZ § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-105 |
| § | |
| UNITED STATES OF AMERICA § | |
| § | |
| Defendant. § | |

### ORDER

Having received a Stipulation of Dismissal [Dkt. No. 8], this case is dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii). This case is closed, and all deadlines are cancelled. The Clerk of the Court will close this file.

DONE at Brownsville, Texas, this 27th day of October 2003.

Hilda G. Tagle
United States District Judge